**Order entered March 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00133-CV

**SKY CAPITAL GROUP, LTD. D/B/A G5000, LTD., Appellant**

**V.**

**BOMBARDIER, INC. ET AL., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-08-02249**

## ORDER

The Court has before it the request of Reneé Drake, official court reporter for the 44th Judicial District Court, for a sixty day extension of time in which to file the reporter's record for this case. The Court **GRANTS** the request and **ORDERS** Ms. Drake to file the reporter's record by May 6, 2013.

/s/      ELIZABETH LANG-MIERS
JUSTICE